1  Debbie P. Kirkpatrick, Esq. (SBN 207112)
2  Albert R. Limberg, Esq. (SBN 211110)
   Sondra R. Levine, Esq. (SBN 254139)
3  SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
4  3667 Voltaire Street
   San Diego, CA  92106-1253
5  Tel:    619/758-1891
6  Fax:   619/222-3667
   dpk@sessions-law.biz
7  alimberg@sessions-law.biz
   slevine@sessions-law.biz
8
9  Attorneys for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNEST J. SAVILLE, | Case No.  CV 09 3520 BZ |
| Plaintiff, | |
| vs. | JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

  Defendant NCO Financial Systems, Inc., and Plaintiff Ernest J. Saville, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1),  and jointly move this court for an order of dismissal with prejudice.

/ / /

This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.  The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

Respectfully submitted,

Dated:  December 31, 2009   SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Sondra R. Levine
Sondra R. Levine
Attorneys for Defendant
NCO Financial Systems, Inc.

Dated:  December 31, 2009   THE LAW OFFICE OF DONALD F. SETH

/s/James J. Bergmann
James J. Bergmann
Attorneys for Plaintiff, Ernest J. Saville

1/4/2010



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA